PETER C. ANDERSON
UNITED STATES TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
TELEPHONE: (818) 716-8800


FILED
MAR 16 2009

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| R.W. HERTEL & SONS, INC., | ) Case No. 9:09-BK-10273-RR |
| | ) |
| | ) NOTICE OF APPOINTMENT OF |
| | ) TRUSTEE AND FIXING OF BOND; |
| | ) ACCEPTANCE OF APPOINTMENT AS |
| | ) INTERIM TRUSTEE |

Pursuant to 11 U.S.C. 701 and 11 U.S.C. 322

SANDRA K. McBETH,

is appointed Interim Trustee of the case of said debtor(s) and is hereby designated to preside at the meeting of creditors. This case is covered by the chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED:    MARCH 10, 2009            PETER C. ANDERSON
                                     United States Trustee

I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. 101(14), and on this basis, I hereby accept my appointment as Interim Trustee in the above case. I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: 3/12/09                       SANDRA K. McBETH
                                     Interim Trustee