```
SANDRA K. MCBETH, TRUSTEE
2236 S. Broadway
Suite J
Santa Maria, CA 93454
(805) 922-0313
```



# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>R. W. HERTEL & SONS INC<br><br>　　　　　　Debtor. | Bk. No. 9:09-bk-10273-RR<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN PERSONAL PROPERTY ASSETS**<br><br>No Hearing Required; Local Bankruptcy Rule 6007-1 |

**TO THE HONORABLE ROBIN L. RIBLET, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Sandra K. McBeth, the duly appointed Chapter 7 Trustee in this case, intends to abandon certain personal property assets. Specifically, the Trustee intends to abandon all documents and records that were previously stored at the San Luis Obispo Mini Storage on Prado Road, San Luis Obispo, California. The Trustee has reviewed such documents and records and determined that they are of inconsequential value and benefit to the Estate and the cost to maintain the storage unit would be burdensome to the Estate.

The Trustee makes this Notice of Intent to Abandon Certain Personal Property Assets pursuant to Bankruptcy Code Section 554, Federal Bankruptcy Rule 6007 and Local Bankruptcy Rule 6007-1.

**PLEASE TAKE FURTHER NOTICE THAT** any objection to this Notice of Intent to Abandon Certain Personal Property Assets and request for hearing must be filed with the Bankruptcy Court and served on the Trustee not later than 14 days after the service of this Notice, unless otherwise ordered by the Court.

Dated: June 24, 2010

By /s/ Sandra K. McBeth
Sandra K. McBeth, Chapter 7 Trustee

| In re:<br>R.W. Hertel & Sons, Inc., | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 9:09-bk-10273-RR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN PERSONAL PROPERTY ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 06/24/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Office of the U.S. Trustee- ustpregion16.nd.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 06/24/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 06/24/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy:**
Honorable Robin Riblet
United States Bankruptcy Court
Central District of California
1415 State Street
Santa Barbara, CA 93101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/24/10 | Natalie A. Spilborghs | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

**Service List**

Credit Bureau of Santa Maria
POB 480
Grover Beach, CA 93483

Dan Conner Plumbing Inc
POB 2359
Paso Robles, CA 93447

FedEx Customer Information Services
Attn: Revenue Recovery
5965 Airways Blvd, Module G, 3d Fl
Memphis, TN 38116

G.C. Wallace of California Inc
2150 River Plaza Dr Ste 100
Sacramento, CA 95833

Magic Broom Office Cleaning
Marshall Anderson/Ascend Cleaning
POB 7486
Ventura, CA 93006

Al L Murphy
c/o Timothy R Smyth
Kasdan Simonds Riley and Vaughan LLP
1320 Willow Pass Road Ste 520
Concord, CA 94520

Albert F Quintrall
1550 Hotel Circle N Ste 120
San Diego, CA 92108-2882

R.W. Hertel & Sons Inc
5200 Telegraph Road
Ventura, CA 93003

Timothy R Smyth
1320 Willow Pass Road Ste 520
Concord, CA 94520

James West et al
1320 Willow Pass Rd, Ste 520
Concord, CA 94520

Scott Barnes
c/o Clayton W Kent Esq
222 Rush Landing Road
Novato, CA 94948

Steven D Pults, AIA
3450 Broad Street Ste 106
San Luis Obispo, CA 93401

Terrasearch Inc
6293 San Ignacio Ave Unit A
San Jose, CA 95138

Whitaker Contractors Inc
2752 Concrete Court
Paso Robles, CA 93446

Woodward Acoustics, Inc.
P.O. Box 2918
Atascadero, CA 93423