**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re: R.W. HERTEL & SONS INC          § Case No. 9:09-10273-RR
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

SANDRA K. MCBETH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $714.86        Claims Discharged
                                                Without Payment: $2,907,448.02

Total Expenses of Administration: $4,354.54

---

3) Total gross receipts of $ 5,069.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,069.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $192,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,354.54 | 4,354.54 | 4,354.54 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 12,572.54 | 12,572.54 | 714.86 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 2,895,590.34 | 2,895,590.34 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,104,517.42 | $2,912,517.42 | $5,069.40 |

4) This case was originally filed under Chapter 7 on January 29, 2009. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2012          By: /s/SANDRA K. MCBETH
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Refunds | 1290-000 | 1,531.36 |
| Tax Refunds | 1229-000 | 3,534.02 |
| Interest Income | 1270-000 | 4.02 |
| **TOTAL GROSS RECEIPTS** | | **$5,069.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14S | Sahara Construction Co, Inc | 4110-000 | N/A | 64,000.00 | 0.00 | 0.00 |
| 17S | Sahara Construction Co, Inc | 4110-000 | N/A | 64,000.00 | 0.00 | 0.00 |
| 18S | Sahara Construction Co, Inc | 4110-000 | N/A | 64,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$192,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SANDRA K. MCBETH | 2100-000 | N/A | 1,256.94 | 1,256.94 | 1,256.94 |
| SANDRA K. MCBETH | 2200-000 | N/A | 439.65 | 439.65 | 439.65 |
| International Sureties, LTD. | 2300-000 | N/A | 0.21 | 0.21 | 0.21 |
| International Sureties, LTD. | 2300-000 | N/A | 6.42 | 6.42 | 6.42 |
| International Sureties, LTD. | 2300-000 | N/A | 0.87 | 0.87 | 0.87 |
| International Sureties, LTD. | 2300-000 | N/A | 0.35 | 0.35 | 0.35 |
| International Sureties, LTD. | 2300-000 | N/A | 1.01 | 1.01 | 1.01 |
| Franchise Tax Board | 2820-000 | N/A | 835.00 | 835.00 | 835.00 |
| Franchise Tax Board | 2820-000 | N/A | 835.00 | 835.00 | 835.00 |
| M. Kathleen Klein, CPA | 3410-000 | N/A | 876.00 | 876.00 | 876.00 |
| M. Kathleen Klein, CPA | 3420-000 | N/A | 103.09 | 103.09 | 103.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.50 | 6.50 | 6.50 |
| The Bank of New York Mellon | 2600-000 | N/A | -6.50 | -6.50 | -6.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,354.54 | 4,354.54 | 4,354.54 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16P | Franchise Tax Board | 5800-000 | N/A | 12,572.54 | 12,572.54 | 714.86 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 12,572.54 | 12,572.54 | 714.86 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Steven D Pults, AIA | 7100-000 | N/A | 105,516.52 | 105,516.52 | 0.00 |
| 2 | FedEx Customer Information Services | 7100-000 | N/A | 1,378.22 | 1,378.22 | 0.00 |
| 3 | G.C. Wallace of California Inc | 7100-000 | N/A | 41,639.28 | 41,639.28 | 0.00 |
| 4 | Dan Conner Plumbing Inc | 7100-000 | N/A | 20,916.62 | 20,916.62 | 0.00 |
| 5 | Whitaker Contractors Inc | 7100-000 | N/A | 6,340.61 | 6,340.61 | 0.00 |
| 6 | Terrasearch Inc | 7100-000 | N/A | 59,356.37 | 59,356.37 | 0.00 |
| 7 | Scott Barnes | 7100-000 | N/A | 5,603.00 | 5,603.00 | 0.00 |
| 8 | Scott Barnes | 7100-000 | N/A | 1,300,000.00 | 1,300,000.00 | 0.00 |
| 9 | Scott Barnes | 7100-000 | N/A | 5,603.00 | 5,603.00 | 0.00 |
| 10 | Scott Barnes | 7100-000 | N/A | 1,300,000.00 | 1,300,000.00 | 0.00 |
| 11 | Woodward Acoustics, Inc. | 7100-000 | N/A | 1,200.00 | 1,200.00 | 0.00 |
| 12 | Credit Bureau of Santa Maria | 7100-000 | N/A | 26,376.09 | 26,376.09 | 0.00 |
| 13 | Magic Broom Office Cleaning | 7100-000 | N/A | 2,407.00 | 2,407.00 | 0.00 |
| 14U | Sahara Construction Co, Inc | 7100-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| 15 | Dan Conner Plumbing Inc | 7100-000 | N/A | 12,530.00 | 12,530.00 | 0.00 |
| 16U | Franchise Tax Board | 7100-000 | N/A | 3,723.63 | 3,723.63 | 0.00 |
| 17U | Sahara Construction Co, Inc | 7100-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| 18U | Sahara Construction Co, Inc | 7100-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 2,895,590.34 | 2,895,590.34 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 9:09-10273-RR  
**Case Name:** R.W. HERTEL & SONS INC

**Trustee:** (007780) SANDRA K. MCBETH  
**Filed (f) or Converted (c):** 01/29/09 (f)  
**§341(a) Meeting Date:** 04/06/09  

**Period Ending:** 01/31/12  
**Claims Bar Date:** 04/25/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Insurance Refunds (u) | Unknown | Unknown | | 1,531.36 | FA |
| 2 | Tax Refunds (u) | Unknown | Unknown | | 2,698.15 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.02 | FA |
| 3 | Assets   Totals (Excluding unknown values) | $0.00 | $0.00 | | $4,233.53 | $0.00 |

**Major Activities Affecting Case Closing:**

For period ending 3/31/10

1. Involuntary case filed against this real estate developer 1/26/09.
2. Order for relief (unopposed) entered 3/1/09.
3. Several 341(a) hearings, no attendance by principals.
4. No schedules per se due to involuntary.
5. Very aggressive "creditor" involved in this case, numerous inquiries, demands, etc.
6. Trustee filed motion to compel principals to attend examination, made contact with both principals, both attended at least one examination.
7. Trustee obtained access to storage faciliity.  Debtor moved out of offices owned by principal and many related entities.
8. Debtor did not own any real estate, only acted as managing partner on several projects throughout California.
9. Although active creditor made many suggestions of assets, most were those assets owned by principals or other non-debtor entities.  This entity had no rights to these assets.
10. Principals at one time had substantial assets.  Suggestion of criminal investigation ongoing, but no contact made by the authorities with this Trustee.
11. Refunds and rebates received by estate.   Significant tax claims, likely all be distributed to tax agencies.
12. Unclear as to whether distribution made through TFR or simply to secured creditor and close.  Investigation ongoing.
13. Counsel employed to assist in investigation/ allegations, not really involved.
14. Active creditor filed complaint against Trustee, UST, and all involved, responses provided to UST and Washington, claims dropped.
15. Significant time and effort spent in case - very little in available assets. Trustee investigation of all records supplied by creditor, independent investigation of real property records, significant creditor contact.

For period ending 3/31/11

16. Third party prepared notice of intent to abandon records from SLO unit which he purchased.  Signed and returned 6/24/10.
17. CPA employed, final tax returns prepared and submitted, along with payments to State of California for 2009 and 2010.
18. Due to minimal estate and minimal work performed, general counsel has advised Trustee they will not seek compensation.
19. Objections to claims unnecessary due to small sums collected and costs of administration.
20. TFR to be prepared as scheduled.

_____

03/10/09 - Order for relief in involuntary.

05/29/09 - Response to initial complaint by creditor Barnes to UST.

06/04/09 - Order compelling appearance of Ronald W. Hertel and Robert Fowler at 341(a) hearing. Entered.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 9:09-10273-RR  
**Case Name:** R.W. HERTEL & SONS INC  

**Trustee:** (007780) SANDRA K. MCBETH  
**Filed (f) or Converted (c):** 01/29/09 (f)  
**§341(a) Meeting Date:** 04/06/09  

**Period Ending:** 01/31/12  
**Claims Bar Date:** 04/25/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

06/10/10 - Response to second complaint by creditor Barnes to UST.

08/11/09 - Order approving employment of Tim Yoo. Entered.

02/14/11 - Order approving employment of Kathy Klein, CPA. Entered.

03/18/11 - Final tax returns submitted, along with payment to State for 09 and 10.

5/23/11 - Final Fee App filed by CPA

**Initial Projected Date Of Final Report (TFR):** June 15, 2011    **Current Projected Date Of Final Report (TFR):** June 7, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 9:09-10273-RR  
**Case Name:** R.W. HERTEL & SONS INC  

**Trustee:** SANDRA K. MCBETH (007780)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*85-65 - Money Market Account  

**Taxpayer ID #:** \*\*-\*\*\*6270  
**Period Ending:** 01/31/12  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/09 | | From Account #\*\*\*\*\*\*\*\*8566 | Transfer funds to interest bearing account | 9999-000 | 7,136.35 | | 7,136.35 |
| 06/17/09 | | To Account #\*\*\*\*\*\*\*\*8566 | Deposited item returned. Per Bank, need to transfer returned funds back to checking in order to correct account balance. | 9999-000 | | 5,836.99 | 1,299.36 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.05 | | 1,299.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.13 | | 1,299.54 |
| 08/12/09 | | From Account #\*\*\*\*\*\*\*\*8566 | Transfer funds to interest bearing account | 9999-000 | 232.00 | | 1,531.54 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.14 | | 1,531.68 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.15 | | 1,531.83 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.15 | | 1,531.98 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.15 | | 1,532.13 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.15 | | 1,532.28 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.14 | | 1,532.42 |
| 02/02/10 | | To Account #\*\*\*\*\*\*\*\*8566 | BOND PREMIUM PAYMENT AS OF 2/2/10, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | | 0.35 | 1,532.07 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.14 | | 1,532.21 |
| 03/18/10 | | To Account #\*\*\*\*\*\*\*\*8566 | BOND PREMIUM PAYMENT AS OF 3/18/10, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | | 1.01 | 1,531.20 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.16 | | 1,531.36 |
| 04/09/10 | | From Account #\*\*\*\*\*\*\*\*8566 | Transfer funds to interest bearing account | 9999-000 | 2,178.78 | | 3,710.14 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1200% | 1270-000 | 0.17 | | 3,710.31 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*8565 | Wire out to BNYM account 9200\*\*\*\*\*\*8565 | 9999-000 | -3,710.31 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,838.35 | 5,838.35 | $0.00 |
| | | | Less: Bank Transfers | | 5,836.82 | 5,838.35 | |
| | | | **Subtotal** | | 1.53 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.53** | **$0.00** | |

{} Asset reference(s)   Printed: 01/31/2012 04:35 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 9:09-10273-RR  
**Case Name:** R.W. HERTEL & SONS INC  

**Taxpayer ID #:** **-***6270  
**Period Ending:** 01/31/12  

**Trustee:** SANDRA K. MCBETH (007780)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****85-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/10/09 | {1} | Capital Insurance Group | Premium Refund | 1290-000 | 1,214.00 | | 1,214.00 |
| 06/10/09 | {1} | Conexis Premium Account | Premium Refund | 1290-000 | 1,089.36 | | 2,303.36 |
| 06/10/09 | {1} | Conexis Premium Account | Premium refund | 1290-000 | 4,747.63 | | 7,050.99 |
| 06/10/09 | {1} | Conexis Premium Account | Premium refund | 1290-000 | 85.36 | | 7,136.35 |
| 06/15/09 | | To Account #********8565 | Transfer funds to interest bearing account | 9999-000 | | 7,136.35 | 0.00 |
| 06/17/09 | | From Account #********8565 | Deposited item returned. Per Bank, need to transfer returned funds back to checking in order to correct account balance. | 9999-000 | 5,836.99 | | 5,836.99 |
| 06/17/09 | {1} | To reverse transfer from MMA due to NSF check | To reverse transfer from MMA due to NSF check | 1290-000 | -5,836.99 | | 0.00 |
| 07/27/09 | {1} | American Contractors Indemnity Co | Premium Refund | 1290-000 | 232.00 | | 232.00 |
| 08/12/09 | | To Account #********8565 | Transfer funds to interest bearing account | 9999-000 | | 232.00 | 0.00 |
| 02/02/10 | | From Account #********8565 | BOND PREMIUM PAYMENT AS OF 2/2/10, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | 0.35 | | 0.35 |
| 02/02/10 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2010 FOR CASE #9:09-BK-10273, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 2300-000 | | 0.35 | 0.00 |
| 03/18/10 | | From Account #********8565 | BOND PREMIUM PAYMENT AS OF 3/18/10, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | 1.01 | | 1.01 |
| 03/18/10 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/18/2010 FOR CASE #9:09-BK-10273, Bond Premium No. 016030867 Per General Order 00-01 | 2300-000 | | 1.01 | 0.00 |
| 04/05/10 | {2} | State of California | Unclaimed Property Fund | 1229-000 | 2,178.78 | | 2,178.78 |
| 04/09/10 | | To Account #********8565 | Transfer funds to interest bearing account | 9999-000 | | 2,178.78 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,548.49 | 9,548.49 | $0.00 |
| Less: Bank Transfers | 5,838.35 | 9,547.13 | |
| **Subtotal** | 3,710.14 | 1.36 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,710.14** | **$1.36** | |

{} Asset reference(s)

Printed: 01/31/2012 04:35 PM    V.12.57

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 9:09-10273-RR  
**Case Name:** R.W. HERTEL & SONS INC  

**Taxpayer ID #:** **-***6270  
**Period Ending:** 01/31/12

**Trustee:** SANDRA K. MCBETH (007780)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8565 | Wire in from JPMorgan Chase Bank, N.A. account ********8565 | 9999-000 | 3,710.31 | | 3,710.31 |
| 04/23/10 | | From Account #9200******8566 | Transfer funds to interest bearing account | 9999-000 | 1,355.24 | | 5,065.55 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.16 | | 5,065.71 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.52 | | 5,066.23 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.49 | | 5,066.72 |
| 07/27/10 | | To Account #9200******8566 | BOND PREMIUM PAYMENT AS OF 7/22/10, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | | 0.21 | 5,066.51 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.52 | | 5,067.03 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 0.50 | | 5,067.53 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,067.57 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,067.61 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,067.65 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,067.69 |
| 01/25/11 | | To Account #9200******8566 | BOND PREMIUM PAYMENT AS OF 1/4/11, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | | 6.42 | 5,061.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,061.31 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,061.34 |
| 03/17/11 | | To Account #9200******8566 | BOND PREMIUM PAYMENT AS OF 3/7/11, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | | 0.87 | 5,060.47 |
| 03/18/11 | | To Account #9200******8566 | Transfer of funds for tax payments as of 3/18/11, PER LR 2016-2(b) | 9999-000 | | 1,670.00 | 3,390.47 |
| 03/18/11 | 11001 | Franchise Tax Board | 2009 Tax Return, Form 100S for CA S Corp Income for R.W. Hertel & Sons Inc, Tax ID #77-0346270. PER LR 2016-2(b) Voided on 03/18/11 | 2820-000 | | ! 835.00 | 2,555.47 |
| 03/18/11 | 11001 | Franchise Tax Board | 2009 Tax Return, Form 100S for CA S Corp Income for R.W. Hertel & Sons Inc, Tax ID #77-0346270. PER LR 2016-2(b) Voided: check issued on 03/18/11 | 2820-000 | | ! -835.00 | 3,390.47 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,390.50 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,390.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,390.54 |
| 06/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 3,390.54 |
| 06/04/11 | | To Account #9200******8566 | Transfer for submission of TFR, and closing. | 9999-000 | | 3,390.54 | 0.00 |

Subtotals :    $5,068.04    $5,068.04

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 01/31/2012 04:35 PM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 9:09-10273-RR
**Case Name:** R.W. HERTEL & SONS INC

**Trustee:** SANDRA K. MCBETH (007780)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******85-65 - Money Market Account

**Taxpayer ID #:** **-***6270
**Period Ending:** 01/31/12

**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,068.04 | 5,068.04 | $0.00 |
| | | | Less: Bank Transfers | | 5,065.55 | 5,068.04 | |
| | | | **Subtotal** | | **2.49** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.49** | **$0.00** | |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 01/31/2012 04:35 PM   V.12.57

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 9:09-10273-RR  
**Case Name:** R.W. HERTEL & SONS INC  

**Taxpayer ID #:** **-***6270  
**Period Ending:** 01/31/12  

**Trustee:** SANDRA K. MCBETH (007780)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/10 | {2} | State of California | 12/05 Tax Year Refund | 1229-000 | 1,355.24 | | 1,355.24 |
| 04/23/10 | | To Account #9200******8565 | Transfer funds to interest bearing account | 9999-000 | | 1,355.24 | 0.00 |
| 07/27/10 | | From Account #9200******8565 | BOND PREMIUM PAYMENT AS OF 7/22/10, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | 0.21 | | 0.21 |
| 07/27/10 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/22/2010 FOR CASE #9:09-BK-10273, BOND PREMIUM PAYMENT AS OF 7/22/10, BOND PREMIUM NO. 016030867 PER GEN | 2300-000 | | 0.21 | 0.00 |
| 01/25/11 | | From Account #9200******8565 | BOND PREMIUM PAYMENT AS OF 1/4/11, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | 6.42 | | 6.42 |
| 01/25/11 | 10104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/04/2011 FOR CASE #9:09-BK-10273, BOND PREMIUM AS OF 1/4/11,PREMIUM NO. 016030867 Per General Order00-01 | 2300-000 | | 6.42 | 0.00 |
| 03/17/11 | | From Account #9200******8565 | BOND PREMIUM PAYMENT AS OF 3/7/11, BOND PREMIUM NO. 016030867 PER GENERAL ORDER 00-01 | 9999-000 | 0.87 | | 0.87 |
| 03/17/11 | 10105 {2} | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2011 FOR CASE #9:09-BK-10273, BOND PREMIUM PAYMENT AS OF 3/7/11, BOND PREMIUM NO. 016030867 PER GENE | 2300-000 | | 0.87 | 0.00 |
| 03/18/11 | | From Account #9200******8565 | Transfer of funds for tax payments as of 3/18/11, PER LR 2016-2(b) | 9999-000 | 1,670.00 | | 1,670.00 |
| 03/18/11 | 10106 | Franchise Tax Board | 2009 Tax Return, Form 100S for CA S Corp Income for R.W. Hertel & Sons Inc, Tax ID #77-0346270.  PER LR 2016-2(b) | 2820-000 | | 835.00 | 835.00 |
| 03/18/11 | 10107 {2} | Franchise Tax Board | 2010 Tax Return, Form 100S for CA S Corp Income for R.W. Hertel & Sons Inc, Tax ID #77-0346270.  PER LR 2016-2(b) | 2820-000 | | 835.00 | 0.00 |
| 06/04/11 | | From Account #9200******8565 | Transfer for submission of TFR, and closing. | 9999-000 | 3,390.54 | | 3,390.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.50 | 3,384.04 |
| 08/11/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -6.50 | 3,390.54 |
| 09/21/11 | 10108 | SANDRA K. MCBETH | Dividend paid 100.00% on $1,256.94, Trustee Compensation;  Reference: Per Order Entered | 2100-000 | | 1,256.94 | 2,133.60 |

Subtotals :    $6,423.28    $4,289.68

{} Asset reference(s)

Printed: 01/31/2012 04:35 PM    V.12.57

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 9:09-10273-RR | | Trustee: | SANDRA K. MCBETH (007780) |
| --- | --- | --- | --- | --- |
| Case Name: | R.W. HERTEL & SONS INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******85-66 - Checking Account |
| Taxpayer ID #: | **-***6270 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/31/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 9/19/11 | | | | |
| 09/21/11 | 10109 | SANDRA K. MCBETH | Dividend paid 100.00% on $439.65, Trustee Expenses;  Reference: Per Order Entered 9/19/11 | 2200-000 | | 439.65 | 1,693.95 |
| 09/21/11 | 10110 | M. Kathleen Klein, CPA | Dividend paid 100.00% on $876.00, Accountant for Trustee Fees (Other Firm);  Reference:Per Order Entered 9/19/11 | 3410-000 | | 876.00 | 817.95 |
| 09/21/11 | 10111 | M. Kathleen Klein, CPA | Dividend paid 100.00% on $103.09, Accountant for Trustee Expenses (Other Firm);  Reference: Per Order Entered 9/19/11 | 3420-000 | | 103.09 | 714.86 |
| 09/21/11 | 10112 | Franchise Tax Board | Final distribution per Order entered 9/19/11. Dividend paid at 5.686884% on Priority Claim #16 | 5800-000 | | 714.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,423.28 | 6,423.28 | $0.00 |
| | | | Less: Bank Transfers | | 5,068.04 | 1,355.24 | |
| | | | **Subtotal** | | 1,355.24 | 5,068.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,355.24** | **$5,068.04** | |

| Net Receipts : | 5,069.40 |
| --- | --- |
| Net Estate : | $5,069.40 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****85-65 | 1.53 | 0.00 | 0.00 |
| Checking # ***-*****85-66 | 3,710.14 | 1.36 | 0.00 |
| MMA # 9200-******85-65 | 2.49 | 0.00 | 0.00 |
| Checking # 9200-******85-66 | 1,355.24 | 5,068.04 | 0.00 |
| | $5,069.40 | $5,069.40 | $0.00 |

{} Asset reference(s)    Printed: 01/31/2012 04:35 PM    V.12.57